**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SCOTTSDALE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                                  Case No. 8:06-cv-1404-T-30EAJ

**MARKET FINDERS INSURANCE COMPANY,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Strike Plaintiff's Expert and Memorandum of Law (Dkt. #60), Plaintiff's Memorandum in opposition to the same (Dkt. 61), Plaintiff's Motion to Strike Defendant's Expert and Incorporated Memorandum of Law (Dkt. 65), Defendant's Response in opposition to the same (Dkt. 73), Plaintiff's Motion for Summary Judgment and Incorporated Memorandum of Law (Dkt. 50), and Defendant's Response in opposition to the same (Dkt. 62). The Court has considered the motions, the responses, and heard the oral arguments of counsel on March 19, 2008.

For the reasons stated in open court, it is hereby **ORDERED and ADJUDGED** that:

1.     Defendant's Motion to Strike Plaintiff's Expert (Dkt. #60) is **GRANTED**.

2.     Plaintiff's Motion to Strike Defendant's Expert (Dkt. 65) is **GRANTED**.

3.  Plaintiff's Motion for Summary Judgment (Dkt. 50) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on March 19, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-1404.mts strike and msj.frm